# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA FREEMAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-1272 |
| | § | |
| OCCIDENTAL PETROLEUM CORPORATION, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") entered by Magistrate Judge Nancy Johnson on January 9, 2018. Dkt. 14. Defendants filed a motion to compel arbitration. Dkt. 12. Plaintiff Melissa Freeman did not respond. The Magistrate Judge recommends that defendants' motion be granted. Dkt. 14. Freeman did not file any objections to the M&R. After reviewing the M&R, the motion, and the applicable law, the court agrees with the Magistrate Judge that defendants' motion should be granted. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL, and defendants' motion to compel arbitration is GRANTED. It is therefore ORDERED that this cause of action is STAYED and administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on January 25, 2018.

_____
Gray H. Miller
United States District Judge